### 14339.   HARRIS *v.* RISER.

BLOODWORTH, J.    This is a companion case to that of *Harris* v. *Riser,* ante, 765, and the principle announced in that case is controlling in this.    *Judgment reversed.    Broyles, C. J., and Luke, J., concur.*
DECIDED OCTOBER 3, 1923.